```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 05 B 28356
    CHARLENE MURPHY
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-4251


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/18/2005 and was confirmed 09/01/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  16.00%.

     The case was dismissed after confirmation 10/02/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
NATIONAL CAPITAL MGMT LL  SECURED            2950.00         407.23         2357.55
NATIONAL CAPITAL MGMT LL  UNSECURED          3201.62            .00             .00
OLD REPUBLIC INSURANCE    CURRENT MORTG         .00            .00             .00
OLD REPUBLIC INSURANCE    MORTGAGE ARRE     2000.00            .00         1652.85
WASHINGTON MUTUAL         CURRENT MORTG         .00            .00             .00
WASHINGTON MUTUAL         MORTGAGE ARRE     6275.78            .00         5186.47
AMERITECH                 UNSECURED         5097.19            .00             .00
AMOCO                     NOTICE ONLY     NOT FILED            .00             .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED            .00             .00
BLITT & GAINES            UNSECURED       NOT FILED            .00             .00
CAPITAL ONE               UNSECURED         1574.08            .00             .00
SMC                       UNSECURED         1213.54            .00             .00
COLUMBIA HOUSE            UNSECURED       NOT FILED            .00             .00
DANBURY MINT              UNSECURED       NOT FILED            .00             .00
SHOPPERS CHARGE ACCOUNTS  UNSECURED          381.39            .00             .00
FIRST NORTH AMERICAN NAT  UNSECURED       NOT FILED            .00             .00
HURLEY STATE BANK/UNITED  UNSECURED       NOT FILED            .00             .00
KOHLS                     UNSECURED         1043.60            .00             .00
MAX RECOVERY              UNSECURED         3377.62            .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED          987.24            .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED         1314.98            .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         1097.17            .00             .00
AT & T WIRELESS           UNSECURED       NOT FILED            .00             .00
TARGET                    UNSECURED       NOT FILED            .00             .00
WFNNB                     UNSECURED       NOT FILED            .00             .00
MAX RECOVERY              UNSECURED         1955.62            .00             .00
ERNESTO D BORGES JR       DEBTOR ATTY     2,200.00                         2,200.00
TOM VAUGHN                TRUSTEE                                            719.90
DEBTOR REFUND             REFUND                                                .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 28356 CHARLENE MURPHY
```

```
                        RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                12,524.00

PRIORITY                                            .00
SECURED                                        9,196.87
    INTEREST                                     407.23
UNSECURED                                           .00
ADMINISTRATIVE                                 2,200.00
TRUSTEE COMPENSATION                             719.90
DEBTOR REFUND                                       .00
                       ---------------     ---------------
TOTALS                 12,524.00               12,524.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/27/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                        PAGE   2
        CASE NO. 05 B 28356 CHARLENE MURPHY